# United States District Court
## Southern District of Georgia

| Larissa Vanover and Rhonda W___ | Case No. 2:06-CV-00098 |
| Plaintiff | |
| v. | Appearing on behalf of |
| West Telemarketing Corporation | Defendants |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 20th day of June, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Julie A. Springer

**Business Address:** Scott, Douglass & McConnico, L.L.P.
Firm/Business Name

600 Congress Avenue, Suite 1500
Street Address

| Street Address (con't) | Austin | TX | 78701 |
| | City | State | Zip |

Mailing Address (if other than street address)

Address Line 2          City, State, Zip
(512) 495-6300

Telephone Number (w/ area code)   Georgia Bar Number