# United States District Court
## Southern District of Georgia

| Larissa Vanover and Rhonda W___ | Case No. 2:06-CV-00098 |
|---|---|
| Plaintiff | |
| v. | Appearing on behalf of |
| West Telemarketing Corporation | Defendants |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 20th day of June, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| NAME OF PETITIONER: | Amy L. Dashiell |
|---|---|
| Business Address: | Scott, Douglass & McConnico, L.L.P. |
| | Firm/Business Name |
| | 600 Congress Avenue, Suite 1500 |
| | Street Address |
| | Austin    TX    78701 |
| | Street Address (con't)   City   State   Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (512) 495-6300 | |
| Telephone Number (w/ area code) | Georgia Bar Number |