## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

LARISSA VANOVER and RHONDA
WILLS, on behalf of themselves and
all those similarly situated who consent
to representation,

              Plaintiffs,

      vs.

WEST TELEMARKETING
CORPORATION and WEST
TELEMARKETING, LP,

              Defendants.

CIVIL ACTION NO.: CV206-098

## O R D E R

Pursuant to Rule 26(f) Report filed by the parties, scheduling for initial stage prior to conditional certification decision is as follows:

| | |
|---|---|
| Deadline for Exchange of Initial Disclosures: | August 1, 2006 |
| Deadline for Plaintiffs' Motion for Conditional Certification: | December 1, 2006 |
| Deadline for parties to agree on Notice or for Plaintiffs to file Motion for Approval of Notice to potential opt-in Plaintiffs and Deadline for parties to submit a proposed scheduling order to govern the remainder of the progression of the case: | Two weeks after granting of conditional certification |
| Opt-in deadline for collective Plaintiffs: | 3 months after approval of Notice |

**If the Court denies conditional certification:**

| | |
|---|---|
| Deadline for the Parties to submit a proposed scheduling order to govern the remainder of the progression of the case: | Two weeks after denial of conditional certification. |

**SO ORDERED**, this 20th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)